IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 18 P 3: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

LEICA MICROSYSTEMS, INC.        :

        Plaintiff        :

    v.        :        CIVIL NO. 1-01-2857

WALTER SPECK and        :
DOLBEY JAMISON OPTICAL CO., INC.
           :

        Defendants        :

ORDER

Upon review of the court file and documents in this case, this Court finds that service of process upon the defendants, Walter Speck, was completed on or about October 1, 2001, and Dolbey Jamison Optical Co., Inc., was completed on or about October 3, 2001. To date, no responses have been filed. Accordingly, plaintiff shall file, within ten days from the date hereof, a motion for entry of default and motion for default judgment or provide a report as to why such motions would be inappropriate.

It is so ORDERED, this _____17TH_____ day of December, 2001

_____
Benson Everett Legg
United States District Judge