IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEICA MICROSYSTEMS, INC. | ) |
|     Plaintiff, | ) ) ) |
| v. | ) **Civil No. L-01-2857** |
| WALTER SPECK, *et al.* | ) ) ) |
|     Defendants | ) ) |

### ORDER

Upon consideration of Defendant's Motion for Enlargement of Time, and any opposition thereto, it is this 3rd day of January, 2002, hereby

ORDERED that the Motion be and the same is hereby GRANTED. It is further,

ORDERED that Defendant shall have until January 20, 2002 to file a responsive pleading in this matter.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE