IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LEICA MICROSYSTEMS, INC., <br> a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> WALTER SPECK, <br> an individual <br> 11820 Maren Court <br> Reisterstown, MD 21136 <br><br> and <br><br> DOLBEY JAMISON OPTICAL <br> COMPANY, INC., <br> a Pennsylvania Corporation, <br> 213 Jones Boulevard <br> Suite 105 <br> Pottertown, PA 19464 <br><br> Defendants. | Civil No. LO12857 |

## STIPULATION OF DISMISSAL

Plaintiff, Leica Microsystems, Inc. and Defendant Dolbey Jamison Optical Company, Inc., ("Dolbey Jamison") by counsel, hereby stipulate and agree, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that Plaintiff dismisses, with prejudice, its claims against

Dolbey Jamison in this litigation.

Dated: December 20, 2001

Respectfully submitted,

LITTLER MENDELSON, PC

By: *Maria A. Perugini*
Paul J. Kennedy
Maria A. Perugini
Suite 1000
1225 Eye Street, N.W.
Washington, DC 20005
202.842.3400

Attorneys for Plaintiff
LEICA MICROSYSTEMS, INC.

By: *Thomas S. Myers, Jr. by permission*
Thomas S. Myers, Jr.
Attorney-At-Law
1800 East Lancaster Avenue
Paoli, PA 19301
610.296.9932

Attorney for Defendant
DOLBY JAMISON OPTICAL COMPANY, INC.

SO ORDERED:

Dated: 1/3/02 , 2001

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2001, a copy of the foregoing Stipulation of Dismissal was served by U.S. first class mail, postage prepaid on:

>Philip B. Zipin, Esq.
>Zipin, Melehy & Driscoll LLC
>8630 Fenton Street, Suite 110
>Silver Spring, Maryland 20910

_____
Paul J. Kennedy

WASHINGTON:62968.1 026214.1012