IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LEICA MICROSYSTEMS, INC., )<br>)<br>    Plaintiff/Counterclaim )<br>    Defendant )<br>v. )<br>)<br>WALTER SPECK, )<br>)<br>    Defendant/Counterclaim )<br>    Plaintiff ) | Civil No. L-01-2857 |

## ORDER

Upon consideration of Plaintiff Leica Microsystems, Inc.'s Consent Motion for an Extension of Time to Reply, it is hereby:

ORDERED that Plaintiff's Motion shall be, and hereby is, granted in all respects and that Plaintiff shall file its Reply to Defendant's Counterclaim on or before February 25, 2002.

Dated: 2/13/02

_____
United States District Judge

Copies to:

Paul J. Kennedy
Maria A. Perugini
1225 I Street, N.W.
Suite 1000
Washington, D.C. 20005
202-842-3400
Attorneys for Plaintiff/Counterclaim
  Defendant

Philip B. Zipin
Zipin, Melehy & Driscoll, LLC
8630 Fenton Street
Suite 110
Silver Spring, MD 20920
301-587-6364
Attorneys for Defendant/Counterclaim
  Plaintiff

WASHINGTON 64637 1 026214.1012