IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| LEICA MICROSYSTEMS, INC., ) | |
| ) | |
| Plaintiff/Counterclaim ) | |
| Defendant ) | |
| v. ) | Civil No. L-01-2857 |
| ) | |
| WALTER SPECK, ) | |
| ) | |
| Defendant/Counterclaim ) | |
| Plaintiff ) | |
| ) | |

## ORDER

Upon consideration of Plaintiff Leica Microsystems, Inc.'s Consent Motion for an Extension of Time to Reply, it is hereby:

ORDERED that Plaintiff's Motion shall be, and hereby is, granted in all respects and that Plaintiff shall file its Reply to Defendant's Counterclaim on or before March 11, 2002.

Dated: 2/25/02

_____
United States District Judge

Copies to:

Paul J. Kennedy
Maria A. Perugini
1225 I Street, N.W.
Suite 1000
Washington, D.C.  20005
202-842-3400
Attorneys for Plaintiff/Counterclaim
  Defendant

Philip B. Zipin
Zipin, Melehy & Driscoll, LLC
8630 Fenton Street
Suite 110
Silver Spring, MD  20920
301-587-6364
Attorneys for Defendant/Counterclaim
  Plaintiff

WASHINGTON 64913.1 026214 1012