**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| LEICA MICROSYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff/Counter-Complaint Defendant | ) ) | |
| v. | ) | Civil No. L-01-2857 |
| | ) | |
| WALTER SPECK, | ) | |
| | ) | |
| Defendant/Counter-Complaint Plaintiff | ) ) ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Maria A. Perugini, am a member in good standing of the bar of this Court. My bar number is 12161. I am moving the admission of Paul J. Kennedy to appear *pro hac vice* in this case as counsel for Leica Microsystems, Inc.

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and United States Courts:

| Court | Date of Admission |
|---|---|
| State of Texas | 1985 |
| Commonwealth of Virginia | 1988 |
| District of Columbia | 1989 |
| United States District Court – District of Columbia | 1990 |
| United States District Court – Eastern District of Virginia | 1988 |
| United States Court of Appeals – Fourth Circuit | 1991 |
| United States Court of Appeals – Fifth Circuit | 1986 |

      United States Court of Appeals – District of Columbia Circuit   1991

      United States Court of Appeals – Federal Circuit               1994

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hace vice* in this Court one time.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.    The undersigned movant is also a member of this Court in good standing, and will serve as co-counsel in these proceedings.

7.    A check for the $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *Maria A. Perugini* (signature) | *Paul J. Kennedy* (signature) |
| Maria A. Perugini | Paul J. Kennedy |
| Littler Mendelson, P.C. | Littler Mendelson, P.C. |
| 1225 I Street, N.W. | 1225 I Street, N.W. |
| Suite 1000 | Suite 1000 |
| Washington, D.C. 20005 | Washington, D.C. 20005 |
| 202.414.6862 | 202.414.6855 |
| 202.842.0011 (fax) | 202.842.0011 (fax) |

## ORDER

☒ GRANTED        ☐ DENIED

3/28/02
Date

*B. Legg*
United States District Judge