IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEICA MICROSYSTEMS, INC. | : |
| | : |
| v. | : CIVIL NO. L-01-2857 |
| | : |
| WALTER SPECK | : |

ORDER

Now before the Court are the two following motions:

(i)  Plaintiff's Motion to Enforce Agreement; and

(ii) Defendant's Motion to Strike.

For the reasons stated in the memorandum of even date, Plaintiff's Motion is GRANTED, and Defendant's Motion is DENIED.

It is so ORDERED this 22nd day of July, 2002.

/s/ B. Legg
Benson Everett Legg
United States District Judge